
RECEIVED
OCT 18 2017
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LENRAY JESS TWO TWO,<br><br>Defendant. | Case No. CR-17-51-BLG-SPW<br><br>**ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL** |

UPON the Defendant's Motion to File Document Under Seal (Doc. 23), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychosexual Evaluation with Addendum and Polygraph Examination are filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 17th day of October, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1